**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Reginald Lee Malone,<br><br>    Petitioner,<br><br>  v.<br><br>Terry Stewart, et al.,<br><br>    Respondents. | No. CV 01-2099 PHX NVW (JI)<br><br>**ORDER** |

Pending before the court is petitioner's First Amended Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 (doc. #56) and respondents' Answer (doc. #58), incorporating by reference Exhibits A to O attached to their response (doc. #8) to the original petition. No reply was filed.

Also before the court is the Report and Recommendation ("R&R") of Magistrate Judge Jay R. Irwin (doc. #60). The R&R recommends that the court deny petitioner's First Amended Petition for Writ of Habeas Corpus. The parties did not file objections, which relieves the court of its obligation to review any of the magistrate judge's determinations in the R&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003); *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."). The court has nonetheless reviewed the R&R and finds that it is well taken.

1  The court will accept the R&R and deny the First Amended Petition for Writ of Habeas
2  Corpus.  *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or
3  modify, in whole or in part, the findings or recommendations made by the magistrate").

4  **IT IS THEREFORE ORDERED** that Report and Recommendation of Magistrate
5  Judge Jay R. Irwin (doc. #60) is **accepted**.

6  **IT IS FURTHER ORDERED** that petitioner's First Amended Petition for Writ of
7  Habeas Corpus pursuant to 28 U.S.C. § 2254 (doc. #56) is **denied and dismissed without**
8  **prejudice**.  The clerk is directed to terminate this case.

9  DATED this 27th day of October, 2005.

_____
Neil V. Wake
United States District Judge