UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Reginald Lee Malone | ) | |
| | ) | CV 01-2099-PHX-NVW-JI |
| Petitioner | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| Terry Stewart, et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| Respondent(s) | ) | |

\_\_\_\_    **Jury Verdict.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

 X     **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

   IT IS THEREFORE ORDERED that Report and Recommendation of Magistrate Judge Jay. R. Irwin (doc. #60) is accepted. IT IS FURTHER ORDERED that petitioner's First Amended Petition for Writ of Habeas Corpus (doc. #56) is denied and dismissed withtout prejudice.


                                    October 28,2005

                                    RICHARD H. WEARE
                                    Clerk/DCE

                                     S/ Tammy Johnson
                                    _____

                                    (By) Deputy Clerk